**EXHIBIT B**



March 1, 2013

**VIA POSTAL SERVICE ONLY**

**Clerk of the Board of Supervisors**
**ATTN: CLAIMS DIVISION**
4080 Lemon Street, 1ˢᵗ Floor
Riverside, CA 92502-1628

RE:     *Williams v. Riverside County Sheriff's Dept.*

Claims Division,

    Please find attached a Claim for Damages to Person or Property form, from Valerie Williams on behalf of Anthony Lawson, and signed by her attorney Randy H. McMurray, Esq.

    If you have any questions or concerns, please feel free to contact our office. Thank you.

Sincerely,

**THE COCHRAN LAW GROUP, LLP**

**ANDRE I. ARZOO, LEGAL ASSISTANT**

# COUNTY OF RIVERSIDE          CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**OFFICE USE ONLY**

**INSTRUCTIONS:**
1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

*DELIVER OR U.S. MAIL TO:*   CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1628,   4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1628   (951) 955-1060

TIME STAMP HERE

**1. FULL NAME OF CLAIMANT**
Valerie Williams  OBO Anthony Lawson

**2. MAILING ADDRESS** (STREET/P O BOX)
5670 Wilshire Blvd. Ste 1450

CITY  Los Angeles  STATE  CA  ZIP CODE  90036

HOME TELEPHONE  (   )

BUSINESS TELEPHONE  (323) 931-6200

**3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)**
10/21/2012

**4. WHERE DID DAMAGE OR INJURY OCCUR?**
7400 block of Citrus Valley Avenue
STREET  Citrus Valley Ave.  CITY  Corona  STATE  CA  ZIP CODE  92880

**5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
Decedent was violently hog tied and tazed by officers of the Riverside County Sheriff's Department. Decedent suffered fatal injuries to his person and expired at the scene of the incident.

**6. WERE POLICE OR PARAMEDICS CALLED?**  ☑ YES  ☐ NO

**7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:**

DATE OF FIRST VISIT  10-21-12

PHYSICIAN'S/HOSPITAL'S NAME  Kaiser Permanente

PHYSICIAN'S/HOSPITAL'S ADDRESS  Kaiser Permanente  2295 S. Vineyard Ave. Ste. A  Ontario, CA 91761

PHONE:  (909) 988-0379

**8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?**
Decedent expired as a result of injuries sustained by officers from Riverside County Sheriff's Department

**9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).**

NAME:  unknown officers  DEPARTMENT: Riverside County Sheriff's Department

NAME:  DEPARTMENT:

**10. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

NAME  Valerie Williams  PHONE  (323) 931-6200 (contact attorney)
ADDRESS  5670 Wilshire Blvd, suite 1450

NAME  PHONE
ADDRESS

NAME  PHONE
ADDRESS

**11. LIST DAMAGES INCURRED TO DATE** (attach copies of receipts or repair estimates)
unknown, but exceeds $25,000.

TOTAL DAMAGES TO DATE  unknown, but exceeds $25,000

TOTAL ESTIMATED PROSPECTIVE DAMAGES  unknown, but exceeds $25,000

**THIS CLAIM MUST BE SIGNED TO BE VALID.**   NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)

**WARNING:**
- CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)
- ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)
- SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)
- IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

**12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF**
SIGNATURE  Attorney  RELATIONSHIP TO CLAIMANT

**13. PRINT OR TYPE NAME**  Randy H. McMurray  DATE

REVISED: 6/26/2008

# COUNTY OF RIVERSIDE    CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**OFFICE USE ONLY**

**INSTRUCTIONS:**

1. Read claim *thoroughly.*
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

*DELIVER OR U.S. MAIL TO:* CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1628, 4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1628 (951) 955-1060

TIME STAMP HERE

---

**1. FULL NAME OF CLAIMANT**
Valerie Williams OBO Anthony Lawson

**2. MAILING ADDRESS (STREET/P O BOX)**
5670 Wilshire Blvd., Ste 1450

**CITY** Los Angeles   **STATE** CA   **ZIP CODE** 90036

**HOME TELEPHONE**

**BUSINESS TELEPHONE** (323) 931-6200

**3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)**
10/21/2012

**4. WHERE DID DAMAGE OR INJURY OCCUR?**
7400 block of Citrus Valley Avenue

**STREET** Citrus Valley Ave.   **CITY** Corona   **STATE** CA   **ZIP CODE** 92880

**5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
Decedent was violently hog tied and tazed by officers of the Riverside County Sheriff's Department. Decedent suffered fatal injuries to his person and expired at the scene of the incident.

**6. WERE POLICE OR PARAMEDICS CALLED?** ☑ YES ☐ NO

**7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:**

**DATE OF FIRST VISIT** 10-21-12

**PHYSICIAN'S/HOSPITAL'S NAME** Kaiser Permanente

**PHYSICIAN'S/HOSPITAL'S ADDRESS**
Kaiser Permanente
2295 S. Vineyard Ave.
Ste. A
Ontario, CA 91761

**PHONE:** (909) 988-0379

**8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?**
Decedent expired as a result of injuries sustained by officers from Riverside County Sheriff's Department

**9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).**

| NAME: | DEPARTMENT: |
|---|---|
| unknown officers | Riverside County Sheriff's Department |
| NAME: | DEPARTMENT: |

**10. WITNESSES TO DAMAGE OR INJURY; LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

| NAME | PHONE |
|---|---|
| Valerie Williams | (323) 931-6200 (contact attorney) |
| ADDRESS 5670 Wilshire Blvd, suite 1450 | |
| NAME | PHONE |
| ADDRESS | |
| NAME | PHONE |
| ADDRESS | |

**11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)**
unknown, but exceeds $25,000.

| TOTAL DAMAGES TO DATE | TOTAL ESTIMATED PROSPECTIVE DAMAGES |
|---|---|
| unknown but exceeds $ 25,000 | unknown but exceeds $ 25,000 |

**THIS CLAIM MUST BE SIGNED TO BE VALID.    NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)**

---

*WARNING:*

➤ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➤ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

---

**12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF**

SIGNATURE   RELATIONSHIP TO CLAIMANT: Attorney

**13. PRINT OR TYPE NAME** Randy H. McMurray   **DATE**

REVISED: 8/26/2008

# COUNTY OF RIVERSIDE        CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**INSTRUCTIONS:**

1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:**   CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1628,   4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1628   (951) 955-1060

OFFICE USE ONLY

TIME STAMP HERE

---

**1. FULL NAME OF CLAIMANT**
Valerie Williams OBO Anthony Lawson

**2. MAILING ADDRESS (STREET/P.O BOX)**
5670 Wilshire Blvd. Ste 1450

**CITY** Los Angeles   **STATE** CA   **ZIP CODE** 90036

**HOME TELEPHONE** | **BUSINESS TELEPHONE** (323) 931-6200

**3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)**
10/21/2012

**4. WHERE DID DAMAGE OR INJURY OCCUR?**
7400 block of Citrus Valley Avenue
**STREET** Citrus Valley Ave. **CITY** Corona **STATE** CA **ZIP CODE** 92880

**5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
Decedent was violently hog tied and tazed by officers of the Riverside County Sheriff's Department. Decedent suffered fatal injuries to his person and expired at the scene of the incident.

**6. WERE POLICE OR PARAMEDICS CALLED?** ☑ YES ☐ NO

**7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:**

**DATE OF FIRST VISIT** 10-21-12   **PHYSICIAN'S/HOSPITAL'S NAME** Kaiser Permanente

**PHYSICIAN'S/HOSPITAL'S ADDRESS** Kaiser Permanente 2295 S. Vineyard Ave. Ste. A Ontario, CA 91761   **PHONE:** (909) 988-0379

---

**8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?**
Decedent expired as a result of injuries sustained by officers from Riverside County Sheriff's Department

**9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).**

NAME: unknown officers   DEPARTMENT: Riverside County Sheriff's Department

NAME:   DEPARTMENT:

**10. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

NAME: Valerie Williams   PHONE (323) 931-6200 (contact attorney)
ADDRESS 5670 Wilshire Blvd, suite 1450

NAME:   PHONE
ADDRESS

NAME:   PHONE
ADDRESS

**11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)**
unknown, but exceeds $25,000.

**TOTAL DAMAGES TO DATE** unknown, but exceeds $ 25,000   **TOTAL ESTIMATED PROSPECTIVE DAMAGES** unknown, but exceeds $ 25,000

---

THIS CLAIM MUST BE SIGNED TO BE VALID.    NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)

**WARNING:**

➤ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➤ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

---

**12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF**
SIGNATURE   RELATIONSHIP TO CLAIMANT: Attorney

**13. PRINT OR TYPE NAME** Randy H. McMurray   **DATE**

REVISED: 6/20/2008