

1   ARTHUR K. CUNNINGHAM, SB# 97506
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2   E-Mail: Arthur.Cunningham@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
3   San Bernardino, California 92408
Telephone: 909.387.1130
4   Facsimile: 909.387.1138

5   CHRISTOPHER D. LOCKWOOD, SB# 110853
**ARIAS & LOCKWOOD**
6   E-Mail: christopher.lockwood@ariaslockwood.com
225 W. Hospitality Lane, Suite 314
7   San Bernardino, California 92408
Telephone: 909.890.0125
8   Facsimile: 909.890.0185

9   Attorneys for Defendants
COUNTY OF RIVERSIDE, STANLEY
10  SNIFF, JEREMY BRACEY, RYAN
RAHNER, CARLOS VASQUEZ,
11  STEVEN LYCOPOLUS, JOHN
KEHRIER

12

13                 UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

15

16  VALERIE WILLIAMS, an individual,          CASE NO. EDCV 13-1954-DDP
                                             (DTBx)
17              Plaintiff,
                                             **STIPULATION FOR DISMISSAL**
18       vs.                                 **OF ENTIRE ACTION WITH**
                                             **PREJUDICE**
19  COUNTY OF RIVERSIDE, a
    municipal corporation, et al.,
20
                Defendants.
21

22       THE PARTIES HEREIN, BY AND THROUGH THEIR ATTORNEYS OF

23  RECORD, STIPULATE AS FOLLOWS:

24       1.    The parties having entered into a comprehensive settlement agreement,

25  the entire action shall be dismissed with prejudice.

26       2.    All parties and counsel waive the recovery of any costs or attorneys'

27  fees incurred in this action, including but not limited to claims arising under 42 USC

28  Sec. 1988.

4820-5383-9136.1

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**IT IS SO STIPULATED.**

DATED: December 1, 2014          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Arthur K. Cunningham
         Arthur K. Cunningham
         Attorneys for Defendants COUNTY OF
         RIVERSIDE, STANLEY SNIFF,
         JEREMY BRACEY, RYAN RAHNER,
         CARLOS VASQUEZ, STEVEN
         LYCOPOLUS, JOHN KEHRIER

**IT IS SO STIPULATED.**

DATED: December 1, 2014

By:      /s/ YANA HENRIKS, ESQ.
         YANA HENRIKS, ESQ.
         Attorneys for Plaintiffs

**As the attorney submitting this document I certify that all counsel have agreed to its filing.**

By:      /s/ Arthur K. Cunningham
         Arthur K. Cunningham
         Attorneys for Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-5383-9136.1

2

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

## FEDERAL COURT PROOF OF SERVICE

2
Williams (Lawson) v County of Riverside - File No. 24897.470

3
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

4
At the time of service, I was over 18 years of age and not a party to the action.
My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA

5
92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6
On December 2, 2014, I served the following document(s): STIPULATION

7
FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

8
I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

9

Randy H. McMurray, Esq.

10
rmcmurray@law-mh.com
Yana G. Henricks, Esq.

11
yhenriks@law-mh.com
McMurray Henriks, LLP

12
5670 Wilshire Blvd., Suite 1450
Los Angeles, CA 90036

13
Telephone: 323.931.6200
Facsimile: 323.931.9521

14
**Attorneys for Plaintiff VALERIE WILLIAMS**

15

16
The documents were served by the following means:

17
☒  (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic

18
transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the

19
transmission, any electronic message or other indication that the transmission was unsuccessful.

20
I declare under penalty of perjury under the laws of the United States of

21
America and the State of California that the foregoing is true and correct.

22
Executed on December 2, 2014, at San Bernardino, California.

23

24
_____
Sharon D. Moore

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-5383-9136.1

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE