1  ARTHUR K. CUNNINGHAM, SB# 97506
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
2  E-Mail: Arthur.Cunningham@lewisbrisbois.com
   650 East Hospitality Lane, Suite 600
3  San Bernardino, California 92408
   Telephone: 909.387.1130
4  Facsimile: 909.387.1138

5  CHRISTOPHER D. LOCKWOOD, SB# 110853
   **ARIAS & LOCKWOOD**
6  E-Mail: christopher.lockwood@ariaslockwood.com
   225 W. Hospitality Lane, Suite 314
7  San Bernardino, California 92408
   Telephone: 909.890.0125
8  Facsimile: 909.890.0185

9  Attorneys for Defendants
   COUNTY OF RIVERSIDE, STANLEY
10 SNIFF, JEREMY BRACEY, RYAN
   RAHNER, CARLOS VASQUEZ,
11 STEVEN LYCOPOLUS, JOHN
   KEHRIER

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| VALERIE WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a municipal corporation, et al.,<br><br>Defendants. | CASE NO.<br><br>EDCV 13-01954 DDP (DTBx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

　　　1.　　The entire action is dismissed with prejudice.

///

///

///

4829-7561-2446.1

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

2. All parties and counsel waive the recovery of any costs or attorneys' fees incurred in this action, including but not limited to claims arising under 42 USC Sec. 1988.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: December 05, 2014

*/s/ Dean D. Pregerson*

_____
Hon. Dean D. Pregerson
United States District Judge